IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER BUESCHER,

             Plaintiff,

vs.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

             Defendant.

Civil No. 16-cv-00616-JPG-CJP

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence pursuant to sentence <u>four</u> of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff, Christopher Buescher, and against defendant, Nancy A. Berryhill, Acting Commissioner of Social Security.

      **DATED:  June 19, 2017**

                                               **JUSTINE FLANAGAN,**
                                               **Acting Clerk of Court**

                                               **BY:** *s/Tina Gray*
                                                    **Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. PHIL GILBERT
U.S. DISTRICT JUDGE**